FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 2 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action Nos. 00-cr-00438-DBS-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAMIEN MOORE,

        Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY

---

THIS MATTER was before the Court upon report of the probation officer regarding the defendant's unsatisfactory adjustment to supervision.

On August 20, 2008, the defendant was sentenced in Arapahoe County District Court Case No. 07CR1785 to the Colorado Department of Corrections for a custodial term of six years to be followed by a three-year term of parole following his conviction on charges of Robbery and Second Degree Assault. These offenses were committed during the defendant's term of supervised release. Based on the sentences the defendant received for the offenses and the parole supervision he will be subject to, it is

ORDERED that the defendant's supervised release is terminated immediately for unsatisfactory compliance.

DATED at Denver, Colorado, this 2nd day of September, 2008.

BY THE COURT:

_____
RICHARD P. MATSCH
Senior District Judge